UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
ANDRES VILLATORO,
on behalf of himself and all others
similarly situated,

                     Plaintiff        23-cv-01477 (JMA) (JMV)

                                              **DECLARATION OF**
                                              **MARIA ROJAS**

- against -

LTLMR LLC d/b/a CELEBRITY DINER and
LOUKAS RENIERS, individually,

                     Defendants
-------------------------------------------------X

   I, Maria Rojas, declare under penalty of perjury, and pursuant to 28 U.S.C. S 1746, that the following is true and accurate:

1. I am a paralegal at The Law Offices of Jacob Aronauer.

2. On August 08, 2023, I served Mr. Villatoro with a copy of the motion granting lawyer Jacob Aronauer's request to withdraw as counsel.

3. The documents were provided in both English and Spanish.

4. The documents were sent to Mr. Villatoro's last known address located at 75 E 2nd St. Huntington Station, NY 11746.

5. I have attached the proof of delivery provided by FedEx to this declaration.

   Dated:  August 10, 2023
                New York, New York

                                                              By: _____
                                                                     Maria Rojas.

August 10, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 772985195873

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | 75 E 2ND ST |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery | | HUNTINGTON STATION, NY, 11746 |
| | | **Delivery date:** | Aug 9, 2023 14:45 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 772985195873 | **Ship Date:** | Aug 8, 2023 |
| | | **Weight:** | 1.0 LB/0.45 KG |

**Recipient:**
Andres Villatoro,
75 E 2nd St
HUNTINGTON STATION, NY, US, 11746

**Shipper:**
Jacob Aronauer,
225 Broadway, 3rd Floor
New York, NY, US, 10007

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx